# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:04CR190-5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| CARL W. JOHNSON ) | |

**THIS MATTER** is before the Court on the Government's motion to correct clerical errors made in the Judgment of Conviction filed herein on February 8, 2006. Although served with a copy of the motion, the Defendant has not filed response.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the Clerk shall prepare an amended Judgment of Conviction reflecting the following corrections:

 a. Delete the statement, "Defendant has forfeited $650.00 in the Preliminary Order of Forfeiture to be applied to repayment of funds," shown on Page 5a of the Judgment of Conviction.

 b. On Page 5 under the section, "Special instructions regarding the payment of criminal monetary penalties," check

the statement, "The defendant shall forfeit the defendant's interest in the following property to the United States:"

c.     Insert the statement, "Defendant has forfeited $600.50 in the Preliminary Order of Forfeiture to be applied to repayment of funds," in the space provided.

**IT IS FURTHER ORDERED** that the remaining terms and conditions of the Judgment of Conviction remain in full force and effect.

Signed: March 10, 2006

Lacy H. Thornburg
United States District Judge