UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:04CR190-T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | **CONFIRMING FORFEITURE** |
| | ) | |
| CARL W. JOHNSON | ) | |

On October 17, 2005, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Counts One, Twelve, Twenty, and Twenty-Seven in the bill of indictment. In those counts, defendant was charged with conspiracy and related fraud and money laundering crimes.

On May 12, 19, and 26, 2006, the United States published in the Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

It is therefore ORDERED that the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property has therefore been forfeited to the United States for disposition according to law: $600.50 in United States funds. It is further ORDERED that the United States pay this money to the Clerk for disbursement as restitution in this case.

Signed: September 19, 2006

Lacy H. Thornburg
United States District Judge